

DPHC Services, LLC
P.O. Box 513
Newport, MI 48166

To whom it may concern,

Larry Walker has been with our company since October 5,2020. Larry was recommended by a colleague and was offered an opportunity with our company. Since then, he has shown leadership and independent skills that exceed our expectations. Larry puts forth effort to make sure the job is completed correctly and on time. He is employed as our maintenance attendant, helping with various tasks such as light housework maintenance, groundskeeper, etc. Larry actively showed the willingness to help wherever it is needed.

Since starting with our company, Larry has mentioned his supervision that he is currently under. He is anxious to start a new chapter of his life with his children whom he cares for dearly. 6 years he was away from his children and regrets that time that was lost.

The work ethic and dedication that he displays is outstanding considering the circumstances he is currently undergoing. It is in my best judgement to say that Mr. Walker has shown good character and morality.

If there are any questions, please feel free to contact me directly via phone or email provided below.

Thank you,

Danielle Price

Phone: (734)245-1912

Email: dphcservicesllc@gmail.com

## DPHC Services, LLC

| Period: | 01/11/21-01/22/21 | Employee Name | Larry O. Walker II | Employee ID | 215 |
|---|---|---|---|---|---|
| Tax Status | 1 | Federal Allowance (From W-4) | 1 | Hours Worked | 80 |
| Hourly Rate | $17.00 | Overtime Rate | $0.00 | Sick Hours | 0 |
| Social Security Tax | $84.32 | Federal Income Tax | $163.20 | Vacation Hours | 0 |
| Medicare Tax | $19.72 | State Tax | $57.80 | Overtime Hours | 0 |
| Insurance Deduction | $0.00 | Other Regular Deduction | $0.00 | Gross Pay | $1,360.00 |
| Total Taxes and Regular Deductions | $325.04 | Other Deduction | $0.00 | Total Taxes and Deductions | $325.04 |
| | | | | Net Pay | $1,034.96 |