UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 13-cr-20827
                                                     Hon. Matthew F. Leitman

v.

LARRY O'NEIL WALKER, II,

    Defendant.

_____/

## ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE (ECF No. 85)

Defendant Larry O'Neil Walker, II, has filed a motion for early termination of supervised release. The Government has filed a response opposing the motion. (*See* Response, ECF No.85.) The Court agrees with the Government that Walker's supervised release should not be terminated early. Accordingly, for the reasons set forth in the Government's response, IT IS HEREBY ORDERED that Walker's motion to terminate supervised release is DENIED.

    **IT IS SO ORDERED.**

                                                               s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: March 9, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
